MONTEMURO, J., is sitting by designation.

■

**Diane TURNER**

v.

**Edward YONKIN, Jr., Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 6, 1994.
Decided Dec. 30, 1994.

Deborah L. Barr, Towanda, for E. Yonkin, Jr.

Sam Lewis, Montrose, for D. Turner.

Before FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIX, C.J., did not participate in the consideration or decision of this case.

PAPADAKOS, J., dissents.

MONTEMURO, J., is sitting by designation.